Ignacio Delgado, demandante y apelado, *v.* Arturo Roger y su esposa María de Pool, demandados y apelantes.

Núm. 8033.—*Sometido:* Enero 8, 1940. *Resuelto:* Enero 12, 1940.

R. Ramírez Pabón, abogado de los apelantes; *Virgilio Brunet y Miguel A. Casiano,* abogados del apelado.

El Juez Presidente Señor Del Toro emitió la opinión del tribunal.

La parte apelada pide la desestimación del recurso interpuesto en este caso por falta de diligencia en su tramitación. La apelante se opuso por escrito y oralmente en la vista de

la moción celebrada el ocho de enero actual con asistencia de los abogados de ambas partes.

De los autos resulta que la parte apelante en julio 6, 1939, acudió a esta Corte Suprema en solicitud de un nuevo término para tramitar la transcripción, por haberse dejado pasar un día por el taquígrafo sin solicitar la prórroga correspondiente. Se acompañó un *affidavit* de méritos y esta Corte concedió el nuevo término solicitado.

Continuó la corte de distrito concediendo sucesivas prórrogas a instancias del taquígrafo, la última de las cuales lo fué el dos de enero en curso. De suerte que está viva en dicha corte la tramitación.

Eso no obstante podría ser desestimado el recurso dados los términos en que está redactada la regla 50 del Reglamento de este tribunal, 17 D.P.R. LXXIV, a saber, "Expirado el término de noventa días desde la fecha en que se presentare el escrito de apelación, y no obstante las prórrogas concedidas por la corte inferior, el tribunal a discreción podrá desestimar una apelación . . . si se probare que el apelante no ha proseguido . . . con la diligencia debida . . .", y a ello nos inclinaríamos a no ser porque uno de los documentos acompañados a la impugnación de la apelante demuestra que el taquígrafo en prueba de que está en realidad preparando su trabajo radicó en la corte sentenciadora la parte de la transcripción que tenía lista el 7 de enero en curso formada por ciento doce folios a maquinilla.

*En tal virtud ejercitaremos nuestra discreción en el sentido de no desestimar el recurso, pero con permiso a la parte apelada de reproducir su moción dentro de un mes contado a partir de esta fecha, si la parte apelante no ultima la tramitación radicando los autos en la Secretaría de este tribunal.*